**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SHARON COULTER,

    Plaintiff,                                           Case No:   2:13-cv-15044-RHC-DRG
                                                       Hon.  Robert H. Cleland

-vs-

AETNA LIFE INSURANCE COMPANY,

    Defendant.

---

| **JOHNSON LAW, PLC** | **HARVEY KRUSE, P.C.** |
|---|---|
| By:  GARY S. FIELDS (P48799) | By:  Dale R. Burmeister (P29342) |
| Attorney for Plaintiff | Attorney for Defendant |
| Buhl Building | 1050 Wilshire Drive, Suite 320 |
| 535 Griswold Street, Suite 2632 | Troy, MI 48084 |
| Detroit, MI 48226 | (248) 649-7800 |
| (313) 324-8300 | dburmeister@harveykruse.com |
| gfields@venjohnsonlaw.com | |

---

**HARVEY KRUSE**
ATTORNEYS & COUNSELORS    A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800

## **STIPULATION AND ORDER**

NOW COME the parties, by and through their attorneys, and hereby stipulate and agree as follows:

1.  Plaintiff shall file an Amended Complaint within 21 days of the entry of the attached Order.

2.  Defendant shall have 14 days thereafter to file an Answer or other responsive pleadings.

1

3. The pending Motion to Dismiss, Motion for More Definite Statement and Ruling that Plaintiff's Claim Stated is "Completely Preempted" by ERISA is withdrawn.

| | |
|---|---|
| **/s/ Gary S. Fields** w/consent | **/s/ Dale R. Burmeister** |
| Gary S. Fields (P 48799) | Dale R. Burmeister (P 29342) |
| Attorney for Plaintiff | Attorney for Defendant |

## ORDER

At a session of said Court, held in the City of Detroit, County of Wayne, State of Michigan on the 11th day of February, 2014.

PRESENT:  Honorable Robert H. Cleland
U. S. District Judge

In accordance with the above Stipulation,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff shall file an Amended Complaint within 21 days of the entry of the attached Order.

2. Defendant shall have 14 days thereafter to file an Answer or other responsive pleadings.

3. The pending Motion to Dismiss, Motion for More Definite Statement and Ruling that Plaintiff's Claim Stated is "Completely Preempted" by ERISA is withdrawn.

 s/Robert H. Cleland
Judge Robert H. Cleland
U. S. District Judge

**HARVEY KRUSE**
ATTORNEYS & COUNSELORS   A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800